IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MOUNTAIN LAUREL ASSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3-05-0150 |
| CYNTHIA A. MCBRIDE, ROBERT ) L. MCBRIDE, JEREMIAH Q. ) MCBRIDE, IRVING WARNER, ) deceased, b/n/f CHARLOTTE WARNER ) and CHARLOTTE WARNER, ) individually and USAUTO INSURANCE ) COMPANY, INC., ) ) | Judge: Haynes Magistrate Judge: Griffin |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Docket Entry No. 10) is **DENIED** without prejudice to renew after the parties have completed discovery.

It is so **ORDERED.**

ENTERED this the 30th day of August, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge